UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

KATHY WOLFE,

    Plaintiff,

v.

BEST FITNESS, INC., BEST FITNESS,
CORP. AND BEST FITNESS, CORP.
d/b/a BEST FITNESS PLUS

    Defendants.

Civil No. 1:13-cv-00936-FJS-CFH

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby STIPULATED AND AGREED, by and between Plaintiff, Kathy Wolfe, and Defendants, Best Fitness, Inc., Best Fitness, Corp., and Best Fitness, Corp. d/b/a Best Fitness Plus, through their undersigned counsel, who state that they have been authorized by the Parties to enter into this Stipulation, and who further state that none of the parties hereto is an infant or incompetent, that the above-captioned action is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any Party.

2/12/14
Date

By: _____
Elena DeFio Kean, Esq.
Towne, Ryan & Partners, P.C.
450 New Karner Road
P.O. Box 15072
Albany, New York 12212

2/27/14
Date

By: _____
Greg A. Riolo
Kristi M. Rich
Jackson Lewis LLP
18 Corporate Woods Blvd, 3rd Floor
Albany, NY 12211
Tel. (518) 434-1300
Fax (518) 427-5956

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: February 28, 2014
       Syracuse, NY